**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| DOROTHY BINNS, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 1:07-CV-0070-RWS |
| : | |
| THE CITY OF MARIETTA : | |
| HOUSING AUTHORITY, : | |
| : | |
| Defendant. : | |

**ORDER**

This case comes before the Court for consideration of Plaintiff's "Motion to Enlarge the Amended Complaint" [53] and "Motion to Amend Amended Complaint [54], both of which the Court construes as a single Motion to Amend Plaintiff's Complaint. Defendant has not filed an opposition to Plaintiff's request.

Under Rule 15(a), "leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). Although this Court previously allowed Plaintiff twenty (20) days to amend her Complaint (see Order of October 19, 2007 [47]), the

Court finds that the ends of justice are served by allowing Plaintiff another opportunity to amend.  Accordingly,  Plaintiff's "Motion to Enlarge the Amended Complaint" [53] and "Motion to Amend Amended Complaint [54], which the Court construes as a single Motion to Amend, is **GRANTED**. Plaintiff is **DIRECTED** to file her amended Complaint within twenty (20) days of the entry of this Order.

**SO ORDERED** this  28th  day of January, 2008.


_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)